## STATEMENT OF FACTS

On Sunday, June 23, 2019 at approximately 7:45 p.m., members of the Metropolitan Police Department (MPD), Seventh District Crime Suppression Team (CST) were on patrol in the 1600 block of Morris Road Southeast in Washington, D.C. Four officers were traveling in a marked patrol vehicle and in full uniform.

Officer Ronald Koch who was seated in the front passenger seat of the vehicle observed an individual later identified as Delonte Taylor (Defendant Taylor) on the sidewalk in front of 1625 Morris Road Southeast, which is an apartment building. Defendant Taylor lifted up his tank top and stretched out his waistband to show a second individual something in his waistband area. Officers exited their vehicle and Defendant Taylor walked away from officers toward the apartment building. Officer Koch got in front of Defendant Taylor and observed a large bulge in Defendant Taylor's groin area which appeared to be a firearm. Officer Koch conducted a pat down of the defendant and immediately recognized the bulge to be a firearm. A firearm was recovered from the groin area of Defendant Taylor. Defendant Taylor was placed under arrest. Defendant Taylor was also carrying a clear cup containing a pinkish liquid which had a smell consistent with an alcoholic beverage.

The firearm recovered from the defendant's groin area was determined to be a black in color Beretta model 92 FS .9mm handgun with serial number E02552Z and was loaded with one (1) round in the chamber and four (4) rounds in an extended magazine.

During an interview at the Seventh District Police Station with Federal Bureau of Investigation agents, Defendant Taylor waived his rights and admitted to possessing the firearm for protection.

Defendant Taylor has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Taylor through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the District of Columbia Superior Court, Criminal Case No. 2016CF2018679. There are no firearms manufactured in the District of Columbia.

_____
OFFICER RICARDO PEREZ
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE